UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ILIR STAROVA, | ) |
| | ) CASE NO. C13-0222-JLR |
| Petitioner, | ) |
| | ) |
| v. | ) ORDER OF DISMISSAL |
| | ) |
| ERIC H. HOLDER, JR., Attorney General of | ) |
| the United States, et al., | ) |
| | ) |
| Respondents. | ) |

The Court, having reviewed petitioner's petition for writ of habeas corpus, Dkt. No. 1, respondents' motion to dismiss, Dkt. No. 10, the Report and Recommendation of the Hon. Mary Alice Theiler, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Respondents' motion to dismiss, Dkt. No. 10, is GRANTED, and this action is DISMISSED with prejudice; and

(3) The Clerk shall send a copy of this Order to petitioner, to counsel for respondents, and to Judge Theiler.

ORDER OF DISMISSAL
PAGE -1

DATED this 5th day of April, 2013.

*[signature]*

JAMES L. ROBART
United States District Judge

ORDER OF DISMISSAL
PAGE -2